complaint by the court on trial at Special Term and directing entry of an interlocutory judgment in favor of plaintiff and appointing a referee to compute and report the amount of plaintiff's damages.

*Isidor E. Schlesinger, Robert E. Tinsley* and *Harry J. Moskowitz* for appellants.

*Louis Joffe* and *Joseph Joffe* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: LEHMAN, J.

---

ROSE MCSHAFFREY, an Infant, by EDWARD MCSHAFFREY, Her Guardian ad Litem, Respondent, *v.* BERNARD DRUCKER, Appellant.

*Negligence — apartment house — defective stairway — injury to tenant.*

*McShaffrey* v. *Drucker*, 207 App. Div. 815, affirmed.

(Submitted April 14, 1924; decided May 13, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 8, 1923, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that while plaintiff was descending the stairs of an apartment house owned by defendant in which she lived with her parents one of the steps gave way causing her to fall and resulting in the injuries complained of.

*James J. Mahoney* and *George J. Stacy* for appellant.

*Henry A. Steinbock* and *Grant Hoerner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.